# MELONI & McCAFFREY
A Professional Corporation
ATTORNEYS AT LAW
3 Columbus Circle | 15th Floor
New York, New York 10019
Telephone: (212) 520-6090
Facsimile: (917) 210-3758
www.m2lawgroup.com

Robert S. Meloni
Thomas P. McCaffrey

Writer's Direct Telephone: (917) 331-9556
Writer's Email: rmeloni@m2lawgroup.com

March 30, 2022

**BY EMAIL & ECF**

Honorable Raymon E. Reyes, Jr.
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Rm. N208
Brooklyn, New York 11201

    Re:    <u>Seth Gordon v. Brytavious Chambers, et al</u> [1:20-cv-00696-AMD/RER]

Dear Magistrate Reyes:

We are counsel for the Defendant Daniel Hernandez in the above-entitled action.

This is a joint request by the parties to request an additional thirty (30) day extension of the fact discovery deadline in this case, currently set to expire on March 31, 2022 pursuant to this Court's order dated February 1, 2022.

Document discovery has been completed. The parties – Plaintiff Seth Gordon and Defendant Daniel Hernandez – have scheduled their depositions for March 30, 2022 (Hernandez) and April 14 (Gordon).

    I have conferred with counsel for plaintiff, and he has consented to this request. We remain available to respond to any questions concerning this request at the Court's convenience.

                                                Respectfully,

                                                MELONI & McCAFFREY APC

                                                By: _____
                                                      Robert S. Meloni

cc:    William Knowlton, Esq. (by email)