

420 Lexington Ave, Suite 2525
New York, NY 10170
212-803-9025

**VIA ECF**

The Honorable Ramon E. Reyes Jr.
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York 11201

**April 28, 2021**

**Re: Seth Gordon v. Brytavious Chambers, et al., Case No. 1:20-cv-00696-AMD**

Dear Judge Reyes,

    This firm represents the Plaintiff, Seth Gordon ("Mr. Gordon") in the above filed action. This is a joint request by the parties to request an additional thirty (30) day extension of the fact discovery deadline in this case, currently set to expire on April 29 pursuant to this Court's order dated March 30, 2022.

    In the last month we have been able to conduct the deposition of Plaintiff Seth Gordon, and Defendant Daniel Hernandez. However as a result of information obtained during these depositions, both parties are now looking to subpoena records from non-party witnesses, and Defendant has expressed an interest in taking at least one non-party deposition.

    We have conferred with counsel for Defendant, and he has consented to this request. We remain available to respond to any questions concerning this request at the Court's convenience.

    Respectfully submitted.

_____
Cooper Knowlton
Bergstein Flynn & Knowlton PLLC
420 Lexington Ave., Suite 2525
New York, NY 10170



cooper@bfklawoffice.com