

420 Lexington Ave, Suite 2525
New York, NY 10170
212-803-9025

**VIA ECF**

The Honorable Ramon E. Reyes Jr.
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York 11201

**May 26, 2022**

**Re: Seth Gordon v. Brytavious Chambers, et al., Case No. 1:20-cv-00696-AMD**

Dear Judge Reyes,

This firm represents the Plaintiff, Seth Gordon ("Mr. Gordon") in the above filed action. This is a joint request by the parties to request an additional thirty (30) day extension of the fact discovery deadline in this case, currently set to expire on May 29, pursuant to this Court's order dated April 28, 2022.

As mentioned in our previous request, both parties are still trying to obtain documents from non-party witnesses, and Defendant has is planning to take at least one non-party deposition in early June.

We have conferred with counsel for Defendant, and he has consented to this request. We remain available to respond to any questions concerning this request at the Court's convenience.

Respectfully submitted.

_____
Cooper Knowlton
Bergstein Flynn & Knowlton PLLC
420 Lexington Ave., Suite 2525
New York, NY 10170
cooper@bfklawoffice.com

