420 Lexington Ave, Suite 2525
New York, NY 10170
212-803-9025

**VIA ECF**

The Honorable Ramon E. Reyes Jr.
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York 11201

**July 6, 2022**

**Re: Seth Gordon v. Brytavious Chambers, et al., Case No. 1:20-cv-00696-AMD**

Dear Judge Reyes,

    This firm represents the Plaintiff, Seth Gordon ("Mr. Gordon") in the above filed action. At this time, parties have met and conferred and discussed a plan to complete the outstanding discovery within the next thirty (30) days. Counsel for Defendant has indicated that he is still looking to depose a third party witness, and Plaintiff is still waiting for documents to be produced in the California action involving the same infringement (Case No. 2:21-CV-4986-FLA-JEM) that are pertinent to damages in this matter.

    If further information is required or a more detailed breakdown of the outstanding discovery, please advise. We remain available to respond to any questions concerning this matter at the Court's convenience.

    Respectfully submitted.

_____
Cooper Knowlton
Bergstein Flynn & Knowlton PLLC
420 Lexington Ave., Suite 2525
New York, NY 10170
cooper@bfklawoffice.com