420 Lexington Ave, Suite 2525<br>
New York, NY 10170<br>
212-803-9025

**VIA ECF**

The Honorable Ramon E. Reyes Jr.
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York 11201

**August 30, 2022**

**Re: Seth Gordon v. Brytavious Chambers, et al., Case No.1:20-cv-00696 AMD**

Dear Judge Reyes,

    This firm represents the Plaintiff, Seth Gordon ("Mr. Gordon") in the above filed action. The parties in this matter have met and conferred about outstanding discovery and at this time would like to seek one final extension of the discovery deadline until the end of October. As mentioned in our previous correspondence, a substantially similar matter, involving the same alleged infringement is pending in the Central District of California (Case No. 2:21-CV-4986-FLA-JEM). Plaintiff is still waiting for documents to be produced in the California action that are relevant to the calculation of damages in this matter and prevent the parties in the New York matter from having meaningful settlement discussions. We have been told by counsel for Plaintiff in the California action that they expect to have these documents in mid-October.

    Additionally, counsel for Defendant Seth Gordon has also indicated that he would still like to depose a third-party witness involved in this matter. Thus far counsel has been unable to locate this individual, who is believed to be residing in Florida, and would like to exhaust all possible channels before proceeding without this testimony.

    If further information is required or a more detailed breakdown of the outstanding discovery, please advise. We remain available to respond to any questions concerning this matter at the Court's convenience.

    Respectfully submitted.

*[signature]*
Cooper Knowlton
Bergstein Flynn & Knowlton PLLC
420 Lexington Ave., Suite 2525
New York, NY 10170

cooper@bfklawoffice.com