IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SETH GORDON,<br><br>          Plaintiff,<br>     v.<br><br>BRYTAVIOUS CHAMBERS; DANIEL HERNANDEZ; CREATE MUSIC GROUP, INC.; TENTHOUSAND PROJECTS, LLC; and S.C.U.M. GANG INC.,<br><br>          Defendants. | Case No. 1:20-cv-00696- HG/RER |

## CERTIFICATE OF SERVICE

    I am attorney duly admitted to the practice of law in New York State, under penalty of perjury, and affirm that on November 2, 2022, in accordance with this Court's ELECTRONIC SCHEDULING ORDER dated November 2, 2022 (the "Order"), I served Defendant Daniel Hernandez a true and correct copy of the Order by text to Defendant's last known mobile number, by text to Defendant's brother Oscar Hernandez at his last known mobile number, and by electronic mail to Defendant's brother Oscar Hernandez at oscar.hernandez1994@gmail.com.

    The undersigned has no current physical address for Defendant Hernandez or Oscar Hernandez.

    The undersigned also served a copy of the Order by electronic mail on Defendant Hernandez's last business manager, Justin Kobay, who resigned as his business manager in March 2022.

Dated: November 2, 2022

By: _____
      Robert S. Meloni

*Attorneys for Defendant Daniel Hernandez*