UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
SETH GORDON,

                             Plaintiff,

              -against-

BRYTAVIOUS CHAMBERS; DANIEL
HERNANDEZ; CREATE MUSIC GROUP, INC.;
TENTHOUSAND PROJECTS, LLC; and
S.C.U.M. GANG INC.,

                           Defendants.
-----------------------------------------------------------------X

Case No. 1:20-cv-00696-AMD

**AFFIDAVIT OF SERVICE**

      I, W. Cooper Knowlton, an attorney duly admitted to practice before this court, hereby affirm under penalties of perjury as follows. I am over 18 years of age and not a party to this action. On January 17, 2024, I served the Plaintiff's Motion for Entry of Default Judgment against Defendant Daniel Hernandez, and all supporting documentation upon Daniel Hernandez, by mailing a true copy of the attached papers, enclosed and properly sealed in a postpaid envelope, which I deposited in an official depository under the exclusive care and custody of FedEx addressed to: 80 Halley Drive, Pomona, New York 10970 (Defendant's last known address), and emailed a copy of all papers to oscar.hernandez1994@gmail.com.

                                                  Signature: _/s/ W. Cooper Knowlton_  1/17/24

Sworn to before me this _____ day of _____ 2024
_see attached for notary 1/17/24_

Notary Public or Court Employee

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ___Los Angeles___

Subscribed and sworn to (or affirmed) before me on this 17th day of __January__, 20 24, by __W. Cooper Knowlton__, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

**ANDRE ROBINSON**
COMM # 2433203
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires JANUARY 30, 2027

(Seal)   Signature _Andre Robinson_

Title of Document: __Affidavit of Service__

Date of Document: __1/17/2024__   Number of Pages: __1__